IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

DETROIT DIVISION

CIVIL ACTION NO: 2:17-cv-12858-BAF

INGRID RICE,

    Plaintiff,

vs.

TOTAL HOME HEALTH
AIDE SERVICES INC.,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Plaintiff hereby files this Notice of Dismissal With Prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

WHEREFORE, Plaintiff respectfully requests that the Court issue an order dismissing the instant action, with prejudice.

Respectfully submitted,

**GOLDBERG & LOREN, PA**
By: /s/ *James M. Loren, Esq.*
**James M. Loren**
FL Bar No.: 55409
George Z. Goldberg
FL Bar No. 031186
1700 Park Street, Suite 103
Naperville, IL 60563
Main Phone:   800-719-1617
Facsimile:      (954) 585-4886
jloren@goldbergloren.com
Ggoldberg@goldbergloren.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on November 17, 2017 with the Clerk of Court using CM/ECF along with having served all counsel of record or pro se parties identified on the service list incorporated herein in the manner specified, either via transmission of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties not authorized to receive electronically Notice of Electronic Filing.

                                                  Goldberg & Loren, P.A.
                                                  1700 Park Street, Suite 103
                                                  Naperville, IL 60563
                                                  Phone:        (954)585-4878
                                                  Facsimile:   (954)585-4886
                                                  E-Mail:      JLoren@goldbergloren.com

                                                  _____
                                                  James M. Loren, Esquire

**SERVICE LIST VIA EMAIL**

Marcie Colbert
General Counsel, Defendant Total Home Health and Services, Inc.
5565 Northland Dr., Suite 404 E
Southfield, Michigan 48075
248.423.9340 Ext 232